**No. 11-7021. Jeffrey Cromer, Petitioner v. McKither Bodison, Warden, et al.**

565 U.S. 1121, 132 S. Ct. 1020, 181 L. Ed. 2d 752, 2012 U.S. LEXIS 210,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 418 Fed. Appx. 172.